02-11-120-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00120-CV 

 

 


 
 
 In re First Texas BHC, Inc. and Southwest Bank
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and emergency motion
for temporary relief and is of the opinion that relief should be denied. 
Accordingly, relators’ petition for writ of mandamus and emergency motion for temporary
relief is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

PANEL: 
MEIER, DAUPHINOT, and WALKER, JJ.

 

DELIVERED: 
March 31, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).